NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL S. ROTHSTEIN, COHN LIFLAND PEARLMAN, HERMANN & KNOPF, LLP and TREIF AND OLK,<br><br>                    Plaintiffs,<br><br>         v.<br><br>RONALD M. HARSTAD<br><br>                    Defendant. | **ORDER**<br><br>Civ. No. 2:10-01421 (WHW) |

**Walls, Senior District Judge**

   IT IS on this 17th day of August, 2010,

   ORDERED that defendant Ronald M. Harstad's Motion to Dismiss or, in the Alternative, to Transfer Venue is DENIED.

                                         **/s William H. Walls**
                                         United States Senior District Judge